June 22, 2007

Mr. R. Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Richard N. Countiss
Countiss Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

RE: Case Number: 06-0375
 Court of Appeals Number: 07-04-00057-CV
 Trial Court Number: 2002-518,200

Style: LOWRY SCHAUB, M.D. AND KEVIN CRAWFORD, M.D.
 v.
 JANIE SANCHEZ AND KENNETH ADAMS, SPOUSE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Johnson not
sitting) Pursuant to Texas Rule of Appellate Procedure 59.1, after
granting the petition for review and without hearing oral argument, the
Court reverses the court of appeals' judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Peggy Culp |
| |Ms. Barbara |
| |Sucsy |